## CRONE v. STATE.  (No. 12196.)

Court of Criminal Appeals of Texas.
Feb. 6, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for theft of property under the value of $50 and over the value of $5; punishment being assessed at a fine of $300 and imprisonment in jail for 10 days.

The record is before us without statement of facts or bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.